C. M. DOWNS *v.* THE STATE.

1. PRACTICE IN THE COURT OF APPEALS. — An appeal was dismissed because no final judgment appeared in the record; but the appellant, at a subsequent day of the term, filed a certified copy of a final judgment which was rendered by the court below, and moved for a rehearing and that the cause be reinstated. The motion is sustained.

2. BAIL-BOND. — In August, 1876, the appellant, as a surety, executed a bail-bond conditioned for the appearance of his principal before the "Criminal Court of McLennan County." *Held,* that neither at nor since the date of the bond has there been a "Criminal Court of McLennan County" known to the laws of this State; wherefore the judgment below is set aside and the cause dismissed.

APPEAL from the District Court of McLennan. Tried below before the Hon. L. C. ALEXANDER.

*Herring, Anderson & Kelley,* for the appellant.

*Thomas Ball,* Assistant Attorney-General, for the State.

WHITE, P. J. At a former day of this term, viz., on the nineteenth day of November last, the appeal in this case was dismissed for the want of a final judgment in the lower court. Appellant has filed a motion to set aside the judgment of dismissal, and for a rehearing, and presents as part of his motion a correct certified copy of the judgment as it was rendered and appears in the minutes of the court below, from which it now appears that a final judgment was in fact rendered. This being the case, the motion to set aside the dismissal is granted, the cause reinstated upon the docket, and a rehearing had.

Proceeding now to pass upon the case as reinstated : because it appears that the appearance-bond which was forfeited, and upon which the judgment final was rendered, obligated the principal to "make his personal appearance before the honorable Criminal Court for McLennan County, Texas," and because there was at the date of the execution

of said bond, nor since, no such court as that described known to the laws of the State (see *S. P. Smith et al.* v. *The State*, decided at the present term, *ante*, p. 160), the judgment rendered in the court below will be reversed and the case dismissed.[1]

*Reversed and dismissed.*

---

[1] CLARK, J., did not sit in this case.